# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2019

Bridget M. McCormack,
Chief Justice

157430(68)

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MARY WIEGAND, Personal Representative of
the Estate of KEITH WIEGAND,
          Plaintiff-Appellant,

v

                                          SC:  157430
                                          COA:  334598
                                          Macomb CC:  2014-002700-NH

HIROSHI YAMASAKI, M.D., EASTSIDE
CARDIOVASCULAR MEDICINE, PC, KISHAN
K. JASTI, M.D., and OSAMA N. NUNU, M.D.,
          Defendants,

and

ST. JOHN HOSPITAL AND MEDICAL CENTER,
          Defendant-Appellee.
_____/

      On order of the Court, the motion for reconsideration of this Court's September 28, 2018 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



a0128

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2019



Clerk